UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAYME VANHOOK and
JENNIE SERRENTINI,

    Plaintiffs,

v.                                    Case No. 8:07-cv-805-T-30EAJ

MIKE'S DOCKSIDE, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement (Dkt. #12) and the Notice of Voluntary Dismissal With Prejudice (Dkt. #13). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
**Counsel/Parties of Record**

F:\Docs\2007\07-cv-805.dismissal 12.wpd